**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**PFG BROADLINE HOLDINGS, INC.
d/b/a PFG LITTLE ROCK, f/d/b/a
QUALITY FOODS, INC.**                                               **PLAINTIFF**


            **v.**          **Civil No. 08-5058**


**ARTURO REYES, JR.**                                              **DEFENDANT**


### DEFAULT JUDGMENT

On May 8, 2008, the Court Clerk entered a default against Defendant Arturo Reyes, Jr.  Upon consideration of Plaintiff's motion and affidavit in support of default (documents #6 and #7), IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff PFG Broadline Holdings, Inc. is granted a default judgment.  Accordingly, Plaintiff shall have and recover from Defendant Arturo Reyes, Jr., judgment in the amount of $47,659.87.  Pursuant to Federal Rule of Civil Procedure 54(d), Plaintiff is also awarded its costs and attorneys fees in the amount of $740.00.  See Ark. Code Ann. § 16-22-308;  Middle Mountain Land and Produce Inc. v. Sound Commodities Inc., 307 F.3d 1220, 1222-23 (9th Cir. 2002) (holding that the Perishable Agricultural Commodities Act, 7 U.S.C. § 499, encompasses not only the price of the perishable agricultural commodities at issue, but also additional related expenses, including contractual rights to attorneys' fees and interest).

This judgment shall bear interest from this date until paid at the rate of 2.09% per annum.

**IT IS SO ORDERED** this the 28th day of May 2008.

<u>**/s/ Jimm Larry Hendren**</u>
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**